UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERDELL MARTIN,

    Petitioner,

v.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

Case No. 21-cv-05345-WHO (PR)

**ORDER OF TRANSFER**

Petitioner Verdell Martin, who is housed at CSP-Solano in the Eastern District, alleges he is entitled to 866 days of time credits. (Pet., Dkt. No. 1 at 3.) Though he was convicted in San Francisco County here in the Northern District, a petition involving parole or time credit claims should be heard in the district of confinement, which here is the Eastern District. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Accordingly, this federal habeas action is TRANSFERRED to the Eastern District of California because that is the district of confinement. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** November 15, 2021

_____
WILLIAM H. ORRICK
United States District Judge